# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1790
Lower Tribunal No. 19-16891
_____

**Univision Communications Inc., et al.,**
Petitioners,

vs.

**Carlos Enrique Luna Lam, et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Podhurst Orseck, P.A., Stephen F. Rosenthal, Peter Prieto, Alissa Del Riego, and Christina H. Martinez, for petitioners.

Nelson Mullins Broad and Cassel, Beverly Pohl (Fort Lauderdale), Mark F. Raymond, and Amy Steele Donner, for respondents.

Before FERNANDEZ, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

Petitioners seek certiorari review of a non-final order denying their joint motion to dismiss a defamation complaint filed by respondents in the circuit court.  We write only to address the contention the lawsuit falls within the ambit of section 768.295, Florida Statutes (2022), which prohibits Strategic Lawsuits Against Public Participation (SLAPP) as "inconsistent with the right of persons to exercise . . . free speech in connection with public issues."  § 768.295(1), Fla. Stat.  Bound by our recent decision in Vericker v. Powell, 343 So. 3d 1278 (Fla. 3d DCA 2022), we are constrained to dismiss the petition.  But cf. Davis v. Mishiyev, 339 So. 3d 449, 452 (Fla. 2d DCA 2022) (finding certiorari review was appropriate to review order denying motion to dismiss SLAPP suit); Baird v. Mason Classical Acad., Inc., 317 So. 3d 264, 267–68 (Fla. 2d DCA 2021) (same); Gundel v. AV Homes, Inc., 264 So. 3d 304, 310–11 (Fla. 2d DCA 2019) (same).

Petition dismissed.